Charles E. WILLIAMS,
Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7055.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

Michael E. Wildhaber, Principal Attorney, Wildhaber & Associates, Washington, DC, for Claimant–Appellee.

* The Secretary's unopposed motion for an ex-

Before SCHALL, GAJARSA, and PROST, Circuit Judges.

SCHALL, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decisions in *Williams v. Principi*, 01–1822 (September 30, 2003), and remand the case for further proceedings consistent with this court's decision in *Conway v. Principi*, 353 F.3d 1369 (Fed. Cir.2004). Charles E. Williams opposes and moves to dismiss the Secretary's appeal. The Secretary replies and opposes.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Secretary's motion to vacate and remand is granted.

(2) Williams' motion to dismiss is denied.

tension of time to file his reply is granted.